Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPOSURE PHOTO AGENCY INC.<br><br>Plaintiff(s)<br><br>v.<br><br>CHRISTOPHER BROWN<br><br>Defendant(s) | **CASE NUMBER:**<br>2:23-cv-10103-JLS-AGR<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [ ] other *(specify)*:

2. **Person served:**
   a. [X] Defendant *(name)*: Christopher Brown
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:

   c. [X] Address where papers were served: ████████████████████, Tarzana, CA 91356

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____
   b. [X] By **Substituted service**. By leaving copies: "John Doe" (refused name)- Private Security for Christopher Brown (African American Male, 32 years old, 180 lbs, Black hair, Brown Eyes)
      1. [X] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] **Papers were served on** *(date)*: 01/29/24 at *(time)*: 9:06 AM
      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [X] **papers were mailed** on (date): 01/29/24
      6. [X] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                             PAGE 1

    c. ☐ **Mail and acknowledgment of service**.  By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender.  **(Attach completed Waiver of Service of Summons and Complaint)**.

    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity**. **(C.C.P. 415.20 only)**  By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20.  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service)**.

    f. ☐ **Service on a foreign corporation**.  In any manner prescribed for individuals by FRCP 4(f).

    g. ☐ **Certified or registered mail service**.  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

    h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

    Name of person served:

    Title of person served:

    Date and time of service:  *(date)*: _____ at *(time)*: _____

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
Emma Perry, #2021098895, LA County
BFRM Legal Support Services
633 W 5th St, 28th Fl
Los Angeles, CA 90071

    a. Fee for service: $

    b. ☐ Not a registered California process server

    c. ☐ Exempt from registration under B&P 22350(b)

    d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01/31/2024

    *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | **FOR COURT USE ONLY** |
|---|---|---|
| Peter E. Perkowski (SBN 199491)<br>peter@perkowskilegal.com<br>PERKOWSKI LEGAL, PC<br>515 S. Flower Street<br>Suite 1800<br>Los Angeles, California 90071<br>Telephone: (213) 340-5796<br><br>ATTORNEY FOR: Plaintiff, Xposure Photo Agency Inc. | Ref. No. or File No. | |

Insert name of court and name of judicial and branch court, if any:
United States District Court, Central District of California

SHORT TITLE OF CASE:
Xposure Photo Agency Inc. v. Christopher Brown

| **DECLARATION OF DILIGENCE** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>2:23-cv-10103-JLS-AGR |
|---|---|---|---|---|

At the time of service attempt(s), I was at least 18 years old and not a party to the above noted action

1. I attempted to serve the:

   a. **Summons In a Civil Action; Complaint**

   b. on *(name)*: Christopher Brown

   c. by serving: "John Doe" (refused name)- Private Security (African American, Male, 5'10, 180 lbs, Black Hair, Brown Eyes)

   d. by delivery  ☒ AT HOME   ☐ AT BUSINESS   ☐ OTHER ()
      1. date: 01/29/2024
      2. time: 9:06 AM
      3. address: ███████████████
         Tarzana, CA 91356

   e. ☐ by mailing
      1. date:
      2. place:

2. Manner of service: Substitute Service

   a.   01/24/24 at 8:06 PM- Gated, no lights on. No response to honking.
   b.   01/25/24 at 7:36 AM- No change, no response to honking.
   c.   01/27/24 at 3:01 PM- No change, No response.
   d.   01/29/24 at 9:06 AM- Subserved to "John Doe" (refused name)- Private Security (Africant American, Male, 5'10, 180 lbs, Black Hair, Brown Eyes)

Process Server:
Emma Perry
BFRM Legal Support Services
633 W 5th St, 28th Fl
Los Angeles, CA 90071

TEL: (877) 353-4313

[X] Registered California Process Server
Registration No: 2021098895
County: Los Angeles
Fee for service: $

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on:

Date: 01/31/2024                                Signature  *Emma Perry*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number & Address)*:<br>Peter E. Perkowski (SBN 199491)<br>peter@perkowskilegal.com<br>PERKOWSKI LEGAL, PC<br>515 S. Flower Street<br>Suite 1800<br>Los Angeles, California 90071<br>Telephone: (213) 340-5796<br><br>ATTORNEY FOR *(Name)*:  Plaintiff, Xposure Photo Agency Inc | TELEPHONE NO.:<br><br>TRACKING NO.: | **FOR COURT USE ONLY** |
|---|---|---|
| NAME OF COURT & DISTRICT/BRANCH, IF ANY:<br>United States District Court, Central District of California ||||
| SHORT TITLE OF CASE:<br>Xposure Photo Agency Inc. v. Christopher Brown ||||

| **PROOF OF MAILING** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>`2:23-cv-10103-JLS-AGR` |
|---|---|---|---|---|

1. I served the:

    a. List documents: **Summons In a Civil Action; Complaint**

    b. on *(name)*: List all people served: **Christopher Brown**

    c. by serving:

    d. by delivery: ☐ TO RESIDENCE       ☐ TO BUSINESS       ☐ OTHER (          )
        1. date:
        2. time:
        3. address:

    e. ☒ by mailing
        1. date: **01/29/2024**
        2. address: ▮▮▮▮▮▮▮▮▮
            Tarzana, CA 91356

2. Manner of service:  a. Personal _____     b. By depositing in the mail in the city of ___Los Angeles____

3. At the time of service I was at least 18 years old and not a party to the action.

4. Server's information:
    Bree Weathers
    BFRM Legal Support Services
    633 W 5th St, 28th Fl
    Los Angeles, CA 90071

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on:

Date:    01/31/2024              Signature: _____