Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
XPOSURE PHOTO AGENCY INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPOSURE PHOTO AGENCY INC., <br> *Plaintiff*, <br> v. <br> CHRISTOPHER BROWN, <br> *Defendant*. | Case No.: 2:23-cv-10103-MRA (AGRx) <br> *Hon. Mónica Ramírez Almadani* <br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

     Plaintiff Xposure Photo Agency Inc. responds to the Court's Order to Show Cause re Dismissal for Lack of Prosecution (ECF 19) as follows. The facts below are within the personal knowledge of undersigned counsel and are declared under penalty of perjury.

     1.    I filed the complaint in this action on November 30, 2023 (ECF 1). Shortly thereafter, the clerk issued a summons (ECF 9).

     2.    In January 2024, I engaged the services of a process server to serve the summons and complaint on the defendant, a well-known musical artist, at a Tarzana address where, according to my research, defendant lived.

     3.    On January 30, 2024, the process server informed me that it had effected valid and proper service on defendant at the Tarzana address.

4. I filed the proof of service (ECF 16) and the Request for Entry of Default (ECF 17) on March 27, 2024.

5. On April 23, 2024, I received an email from Matthew Kamen, a lawyer who informed me that he and his firm represent Mr. Brown. I have since engaged with Mr. Kamen about the possibility of resolving this dispute. According to Mr. Kamen, Mr. Brown is in rehearsals, thus delaying his responses, sometimes significantly. Nevertheless, I believe there is a reasonable chance for a resolution.

6. Plaintiff respectfully requests that the Court discharge the OSC and, to allow time for the parties to continue their discussions, set a deadline 45 days out for the filing of a motion for default judgment or a motion to set aside the entry of default.

Dated: May 14, 2022

Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
Peter E. Perkowski

Attorneys for Plaintiff
XPOSURE PHOTO AGENCY INC.