Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
XPOSURE PHOTO AGENCY INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPOSURE PHOTO AGENCY INC.,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER BROWN,<br><br>　　　　*Defendant.* | Case No.: 2:23-cv-10103-MRA (AGRx)<br><br>*Hon. Mónica Ramírez Almadani*<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, PARTIES, AND THEIR ATTORNEYS:

　　PLEASE TAKE NOTICE that the parties have reached a confidential settlement in principle that will resolve the matter. The parties need time to finalize and sign their agreement, comply with its terms, and file a dismissal, which they hope can be accomplished within 45 days. The parties respectfully request that the Court abate the action and vacate existing deadlines to allow time for this process.

Dated:  September 12, 2024　　Respectfully submitted,

　　　　　　　　　　　　　　　**PERKOWSKI LEGAL, PC**

　　　　　　　　　　　　　　　By:　  /s/ Peter Perkowski  
　　　　　　　　　　　　　　　　　　Peter E. Perkowski

　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　XPOSURE PHOTO AGENCY INC.